MORRISON COHEN LLP
Y. David Scharf
Christopher Milito (admitted pro hac vice)
Collin A. Rose (admitted pro hac vice)
909 Third Avenue
New York, New York 10022
212-735-8600

*Attorneys for Defendants Acier Holdings LLC,
Knight Construction, LLC, Dov Zabrowsky, Moshe
Glatzer and Jacob Glatzer*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CMT DEVELOPERS LLC and DAVID KRAMER,<br><br>Plaintiffs,<br><br>-against-<br><br>ACIER HOLDINGS, LLC, KNIGHT CONSTRUCTION, LLC, DOV ZABROWSKY, MOSHE GLATZER and JACOB GLATZER,<br><br>Defendants. | Case No.: 3:21-cv-12517 |

**CONSENT ORDER AND JUDGMENT #1**

Plaintiffs CMT Developers LLC (aka CMT Developer LLC), CMT Member LLC (referred to herein as "CMT") and David Kramer ("Kramer") (collectively the "Kramer Parties"), and Defendants Acier Holdings LLC ("Acier"), Knight Construction Group, LLC ("Knight"), Dov Zabrowksy ("Zabrowsky"), Moshe Glatzer ("Moshe") and Yaakov Glatzer (a/k/a Jacob Glatzer) ("Yaakov") (Acier, Knight, Zabrowsky, Moshe, and Yaakov are referred to collectively as the "Acier Parties") (the Kramer Parties and the Acier Parties are referred to collectively as the "Parties"), having executed a Settlement Agreement dated April 19, 2024 (the "Agreement"),

which fully and finally resolved all claims between all Parties, and as a part of the Agreement, CMT having agreed to give to the Acier Parties a Consent Judgment in the amount of $1,500,000.00, to be filed immediately upon execution of the Agreement (the "First Consent Judgment") without any default having been required,

    **IT IS** now hereby **ORDERED** as follows:

1. Judgment is hereby entered in favor of Acier and against CMT Developers LLC, a/k/a CMT Developer LLC and CMT Member LLC in the amount of $1,500,000.00.

2. This judgment shall be entered by the Court on the District of New Jersey's General Judgment Index, and is and shall become a lien on all CMT's real property in and within the State of New Jersey.

3. Pursuant to the Agreement, this Judgment is subordinate in priority to payment of the Loan referred to in the Agreement, as well as protective advances made thereunder.

4. This Court retains jurisdiction over any disputes concerning the recordation and enforcement of this Consent Order and Judgment.

*Continued on the following page for signatures.*

CONSENTED TO FORM AND ENTRY BY:

OVED & OVED
*Attorneys for CMP Developers, LLC and David Kramer*

By: _____
AARON J. SOLOMON, ESQ.

Dated: May 15, 2024

MORRISON COHEN LLP
*Attorneys for Acier Holdings LLC, Knight Construction Group, LLC, Dov Zabrowksy, Moshe Glatzer and Yaakov Glatzer (a/k/a Jacob Glatzer)*

By: _____
CHRISTOPHER MILITO, ESQ.

Dated: May 15, 2024

The Clerk of the Court is directed to close this matter
**SO ORDERED.**


___/s/ Edward S. Kiel_____, U.S.D.J.
Edward S. Kiel
Date: May 21, 2024