

U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

2024 NOV 26 A 4: 24

November 22, 2024

Martin Luther King Bldg. & US Courthouse
50 Walnut Street
Room 4015
Newark, NJ 07102

Re: ILNJ14668

Dear Sir/Madam,

Please find enclosed a Satisfaction of Judgement to be filed in the US District Court of New Jersey.

Also attached is a self-addressed envelope for a secure return of the filed copy.

Thank you in advance for your prompt and courteous service. If there are any queries, please contact me at 718 338 4200.

Sincerely,

Gail D. Archibald
Recording Officer

2361 Nostrand Avenue, Suite 802, Brooklyn, NY 11210 | T 718-338-4200 | F 718-258-6177
211 Boulevard of the Americas, Suite 500 | Lakewood, NJ 08701 | T 732.696.4200 | F 718.258.6177
www.ilstitle.com

**MORRISON COHEN LLP**
Y. David Scharf
Christopher Milito (admitted pro hac vice)
Collin A. Rose (admitted pro hac vice)
909 Third Avenue
New York, New York 10022
212-735-8600

*Attorneys for Defendants Acier Holdings LLC,*
*Knight Construction, LLC, Dov Zabrowsky, Moshe*
*Glatzer and Jacob Glatzer*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| CMT DEVELOPERS LLC and DAVID KRAMER,<br><br>Plaintiffs,<br><br>-against-<br><br>ACIER HOLDINGS, LLC, KNIGHT CONSTRUCTION, LLC, DOV ZABROWSKY, MOSHE GLATZER and JACOB GLATZER,<br><br>Defendants. | Case No.: 3:21-cv-12517 |

**SATISFACTION OF JUDGEMENT**

**WHEREAS,** a certain Consent Order and Judgment Number 1 (the "Judgment") was entered in the above action on the 21st day of May, 2024 in favor of Acier Holdings LLC ("Acier"), Knight Construction Group, LLC ("Knight"), Dov Zabrowksy ("Zabrowsky"), Moshe Glatzer ("Moshe") and Yaakov Glatzer (a/k/a Jacob Glatzer) ("Yaakov") (Acier, Knight, Zabrowsky, Moshe, and Yaakov are referred to collectively as the "Acier Parties") and against CMT Developers LLC (aka CMT Developer LLC) and CMT Member LLC (referred to herein as

**MORRISON COHEN LLP**
Y. David Scharf
Christopher Milito (admitted pro hac vice)
Collin A. Rose (admitted pro hac vice)
909 Third Avenue
New York, New York 10022
212-735-8600

*Attorneys for Defendants Acier Holdings LLC,*
*Knight Construction, LLC, Dov Zabrowsky, Moshe*
*Glatzer and Jacob Glatzer*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| CMT DEVELOPERS LLC and DAVID KRAMER,<br><br>Plaintiffs,<br><br>-against-<br><br>ACIER HOLDINGS, LLC, KNIGHT CONSTRUCTION, LLC, DOV ZABROWSKY, MOSHE GLATZER and JACOB GLATZER,<br><br>Defendants. | Case No.: 3:21-cv-12517 |

**SATISFACTION OF JUDGEMENT**

**WHEREAS**, a certain Consent Order and Judgment Number 1 (the "Judgment") was entered in the above action on the 21st day of May, 2024 in favor of Acier Holdings LLC ("Acier"), Knight Construction Group, LLC ("Knight"), Dov Zabrowksy ("Zabrowsky"), Moshe Glatzer ("Moshe") and Yaakov Glatzer (a/k/a Jacob Glatzer) ("Yaakov") (Acier, Knight, Zabrowsky, Moshe, and Yaakov are referred to collectively as the "Acier Parties") and against CMT Developers LLC (aka CMT Developer LLC) and CMT Member LLC (referred to herein as

#13374072v1\028317\0002

1

"CMT") in the amount of one million, five hundred thousand dollars ($1,500,000.00)(the "Judgment Amount"); and

**WHEREAS**, the said Judgment Amount with any interest and costs have been fully-paid, and it being certified that there are no outstanding executions with any Sheriff or Marshall;

**THEREFORE**, full and complete satisfaction of said Judgment Amount is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said Judgment Amount; and

**FURTHER,** any lien created by said Judgment on CMT's real property in and within the State of New Jersey is hereby satisfied and discharged, including any lien created by the recording of the Judgment in the land records of Union County, New Jersey on May 24, 2024 under Instrument Number 65078.

MORRISON COHEN LLP
*Attorneys for Acier Holdings LLC, Knight Construction Group, LLC, Dov Zabrowksy, Moshe Glatzer and Yaakov Glatzer (a/k/a Jacob Glatzer)*

By: /s/ Christopher Milito
CHRISTOPHER MILITO, ESQ.

Dated: November 7, 2024

**Infinity Land Services LLC**
*Agent for*
*First American Title Insurance Company*
*2361 Nostrand Avenue*
*Suite 802*
*Brooklyn, NY 11210*

LNJ14668 - JDMT SKT.

CAC
Infinity Land Services LLC
2361 Nostrand Avenue
Suite 802
Brooklyn, NY 11210

FIRST-CLASS



ZIP 11210
02 7H
0006188714

US POSTAGE ᴵᴹⁱPITNEY BOWES
$ 000.69⁰
NOV 22 2024

US POSTAGE PITNEY BOWES
$ 000.97°
NOV 22 2024
ZIP 11210
02 7H
0006188714

NEW YORK NY 100
23 NOV 2024 PM
FIRST-CLASS

Martin Luther King Bldg.
And US Courthouse
50 Walnut Street
Room 4015
Newark, NJ 07102.

07102-359539

Infinity Land Services LLC
Agent for
First American Title Insurance Company
3361 Nostrand Avenue
Suite 208
Brooklyn, NY 11210

XRAYED