## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

CMT DEVELOPERS LLC, and DAVID KRAMER,

              Plaintiffs,

      -against-

ACIER HOLDINGS, LLC, KNIGHT CONSTRUCTION,
LLC, DOV ZABROWSKY, MOSHE GLATZER and
JACOB GLATZER,

              Defendants.

Case No.: 1:21-cv-12517

### CONSENT ORDER AND JUDGMENT #2

Plaintiffs CMT Developers LLC (aka CMT Developer LLC), CMT Member LLC (referred to herein as "CMT") and David Kramer ("Kramer") (collectively the "Kramer Parties"), and Defendants Acier Holdings LLC ("Acier"), Knight Construction Group, LLC ("Knight"), Dov Zabrowsky ("Zabrowsky"), Moshe Glatzer ("Moshe") and Yaakov Glatzer (a/k/a Jacob Glatzer) ("Yaakov") (Acier, Knight, Zabrowsky, Moshe, and Yaakov are referred to collectively as the "Acier Parties") (the Kramer Parties and the Acier Parties are referred to collectively as the "Parties"), having executed a Settlement Agreement dated April 19, 2024 and then amended that Settlement Agreement pursuant to that certain First Amendment to Settlement Agreement dated August 23, 2024, Second Amendment to Settlement Agreement dated November 20, 2024, and Third Amendment to Settlement Agreement dated September 16, 2025 (together, the "Agreement"), which fully and finally resolved all claims between all Parties, and as a part of the Agreement, the Kramer Parties having agreed to give to Dov Zabrowsky ("Zabrowsky"), Moshe Glatzer ("Moshe") and Yaakov Glatzer (a/k/a Jacob Glatzer) ("Yaakov") a Consent Order and

1

Judgment in the amount of $1,575,000.00 (the "Consent Judgment"), and the Parties having agreed that this Consent Judgment may be filed without any further notice to the Kramer Parties;

**IT IS** now hereby **ORDERED** as follows:

1.     Judgment is hereby entered in the amount of $1,575,000.00 in favor of Zabrowsky, Moshe and Yaakov collectively and jointly and severally against: a. CMT Developers LLC, a/k/a CMT Developer LLC; b. Jersey Walk Garage Urban Renewal LLC; c. Jersey Walk Lafayette Urban Renewal LLC and d. Jersey Walk E Jersey Urban Renewal, LLC (the four entities together "CMT") in the amount of $1,575,000.00.

2.     This judgment shall be entered by the Court on the District of New Jersey's General Judgment Index, and is and shall become a lien on all of CMT's real property and personal property in and within the State of New Jersey, including but not limited to the land and improvements situated at 901-931 E. Jersey Street, Elizbeth, New Jersey (a/k/ Block 7, Lot 312 on the tax map of the City of Elizabeth).

3.     Pursuant to the Agreement, this Judgment is subordinate in priority to payment of the Loan referred to in the Agreement, as well as protective advances made thereunder.

4.     This Court retains jurisdiction over any disputes concerning the recordation and enforcement of this Consent Order and Judgment.

**CONSENTED TO FORM AND ENTRY BY:**

GULKO SCHWED LLP
*Attorneys for CMT Developers, LLC, Jersey Walk Garage Urban Renewal LLC,*
*Jersey Walk Lafayette Urban Renewal LLC Jersey Walk E Jersey Urban Renewal, LLC*
*and David Kramer*

By: *Samuel Kadosh*
        Samuel Kadosh, Esq.

Dated:  September 16, 2024

MORRISON COHEN LLP
*Attorneys for Acier Holdings LLC, Knight Construction Group, LLC, Dov Zabrowksy, Moshe Glatzer and Yaakov Glatzer (a/k/a Jacob Glatzer)*

By _____
   Christopher Milito, Esq.

Dated:  September 16, 2025


**SO ORDERED.**


___/s/ Edward S. Kiel_____, U.S.D.J.

Date:   **September 19, 2025**